# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2023

*The Court of Appeals hereby passes the following order*

**A24D0054. WASEEM DAKER v. JACOB BEASLEY, WARDEN, SMITH STATE PRISON .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2022NH4



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, September 12, 2023.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.